UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
------------------------------------------------------------------ x
TALAH AHMED MOHAMMED ALI ALMJRD, :
    Detainee, Guantánamo Bay Naval Station
    Guantánamo Bay, Cuba, :

AHMED MOHAMMED ALI ALMJRD, :
    as Next Friend of Talah Ahmed Mohammed Ali
    Almjrd, :
                                        Civil Action No. 05-CV-02444
                Petitioners, : (RMC)

v. :

GEORGE W. BUSH, *et al.*, :

                Respondents. :
------------------------------------------------------------------ x

## MOTION OF ELLEN A. HOCHBERG FOR
## ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.2(d) of the Local Rules of this Court, Ellen A. Hochberg, by undersigned sponsoring counsel, moves the Court for permission to appear *pro hac vice* in the above-captioned case. In support of the motion, Ms. Hochberg provides her declaration, attached as Exhibit A.

Dated: December 29, 2005.

                                Respectfully submitted,

                                Counsel for Petitioners:

                                /s/ John B. Missing
                                John B. Missing (Bar No. 425469)
                                Jennifer C. Argabright (Bar No. 480763)
                                DEBEVOISE & PLIMPTON LLP
                                555 13th Street, N.W.
                                Washington, D.C. 20004-1169
                                Tel: (202) 383 8000
                                Fax: (202) 383 8118

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
------------------------------------------------------------------ x
TALAH AHMED MOHAMMED ALI ALMJRD, :
    Detainee, Guantánamo Bay Naval Station
    Guantánamo Bay, Cuba, :

AHMED MOHAMMED ALI ALMJRD, :
    as Next Friend of Talah Ahmed Mohammed Ali
    Almjrd, :
                                                   Civil Action No. 05-CV-02444
                           *Petitioners*, : (RMC)

v. :

GEORGE W. BUSH, *et al.*, :

                           *Respondents*. :
------------------------------------------------------------------ x

### DECLARATION OF ELLEN A. HOCHBERG

I, ELLEN A. HOCHBERG ("Applicant"), declare as follows:

    1.    <u>Request for Admission</u>:  Applicant is an associate in the law firm Debevoise & Plimpton LLP and requests permission to participate in this action as counsel for Petitioners.

    2.    <u>Name and Address of Applicant's Law Firm</u>:
        Debevoise & Plimpton LLP
        919 Third Avenue
        New York, NY  10022
        Tel: 212-909-6000
        Fax: 212-909-6836

    3.    <u>Bar Admission(s)</u>:  Applicant is a member of the Bar of the State of New York and is also registered to practice before the Second Circuit, United States District

22103153v1

Court for the Southern District of New York and United States District Court for the Eastern District of New York.

    4.    <u>Certification of Good Standing</u>:  Applicant certifies that she has not been disbarred, censured, or disciplined by any court of record or state bar association.  There are no pending disciplinary proceedings against Applicant.

    5.    <u>Previous Appearances in this Court</u>:  Applicant has been admitted *pro hac vice* in this Court within the last two years only in connection with the representations of three other detainees at Guantánamo Bay in habeas proceedings.

    6.    <u>Residence Outside District</u>:  Applicant resides and practices law from an office outside this district, is not a member of the District of Columbia Bar, and does not have an application for membership pending.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATED this 29th day of December 2005.

                                      */s/ Ellen A. Hochberg*
                                      Ellen A. Hochberg

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
-------------------------------------------------------------------- x
**TALAH AHMED MOHAMMED ALI ALMJRD,** :
    Detainee, Guantánamo Bay Naval Station
    Guantánamo Bay, Cuba, :

**AHMED MOHAMMED ALI ALMJRD,** :
    as Next Friend of Talah Ahmed Mohammed Ali
    Almjrd, :
                                            Civil Action No. 05-CV-02444
                       *Petitioners,*   : (RMC)

v. :

**GEORGE W. BUSH**, *et al.*, :

                    *Respondents.* :
-------------------------------------------------------------------- x

### [PROPOSED] ORDER

UPON CONSIDERATION of the Certificate of Ellen A. Hochberg made pursuant to Rule 83.2(g) of the Local Rules of this Court and the supporting declaration,

IT IS, this is _____ day of January, 2006, ORDERED that the appearance be and hereby is GRANTED.

                                                          _____
                                                          The Honorable Rosemary M. Collyer
                                                         United States District Judge

22103153v1

## CERTIFICATE OF SERVICE

I, John B. Missing, certify that I today caused a true and accurate copy of this Motion of Ellen A. Hochberg for Admission *Pro Hac Vice* to be served upon the following persons, by first-class United States mail, in addition to the service that automatically occurs by virtue of my electronic filing of this document:

> The Honorable Alberto Gonzales
> United States Attorney General
> United States Department of Justice
> 950 Pennsylvania Avenue, N.W.
> Washington, D.C. 20530-0001

> The Honorable Kenneth L. Wainstein
> United States Attorney for the District of Columbia
> 555 4th Street, N.W.
> Washington, D.C. 20530

> Preeya M. Noronha, Esq.
> U.S. Department of Justice
> 20 Massachusetts Ave., NW,
> Room 7226
> Washington, DC 20530

This 29th day of December, 2005.

                                                              /s/ John B. Missing
                                                               John B. Missing