IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TALAL AHMED MOHAMMED ALI ALMJRD,<br><br>AHMED MOHAMMED ALI ALMJRD,<br>    as Next Friend of Talal<br>    Ahmed Mohammed Ali Almjrd,<br><br>*Petitioners*,<br><br>        v.<br><br>GEORGE W. BUSH, et al.,<br><br>*Respondents*. | Civil Action No. 05-cv-02444(RMC) |

## CONSENT MOTION FOR ENTRY OF PROTECTIVE ORDER

Petitioner Talal Ahmed Mohammed Ali Almjrd ("Petitioner Almjrd"), by and through his next friend Ahmed Mohammed Ali Almjrd ("Next Friend Almjrd") (collectively "Petitioners"), respectfully moves for entry of 1) the Amended Protective Order and Procedures for Counsel Access to Detainees at the United States Naval Base in Guantánamo Bay, Cuba, first issued on November 8, 2004, (344 F. Supp. 2d 174 (D.D.C. 2004)); 2) the Order Addressing Designation Procedures for "Protected Information," first issued on November 10, 2004; and 3) the Order Supplementing and Amending Filing Procedures Contained in November 8, 2004 Amended Protective Order, first issued on December 13, 2004, all in the *In re Guantánamo Bay Detainee Cases* by then-Coordinating Judge Joyce Hens Green (collectively, "the Protective Order"). *See* Exhibits 1-3. Entry of the Protective Order would afford counsel to Petitioners the opportunities provided counsel in other pending Guantánamo Bay detainee cases, including the opportunity to send mail to Petitioner Almjrd by way of the legal mail procedures outlined in the

Protective Order and to visit Petitioner Almjrd at Guantánamo Bay, upon compliance with the terms of the Protective Order.

Pursuant to Local Civil Rule 7(m), undersigned counsel for Petitioner Almjrd conferred with Respondents' counsel regarding the relief sought in this motion. Respondents' counsel does not oppose the motion. A proposed Order, which all parties agree should be entered at this time, is attached as Exhibit 4. Counsel for the Respondents and Petitioners represent, however, that their lack of objection to entry of this proposed Order is without prejudice to the parties' respective rights to challenge or seek modification of any particular terms of the Protective Order in the future. Petitioners also reserves the right to ask this Court to review any particular designation by Respondents of information as "protected."

Dated:  December 30, 2005

Respectfully submitted,
Counsel for Petitioners

  /s/  John B. Missing
John B. Missing (Bar No. 425469)
Jennifer C. Argabright (Bar. No. 480763)
DEBEVOISE & PLIMPTON LLP
555 13th Street, N.W. Ste 1100E
Washington, D.C. 20004-1169
Tel:  (202) 383 8000
Fax:  (202) 383 8118

Jeffrey I. Lang
Jennifer R. Cowan
Ellen A. Hochberg (*pro hac vice* pending)
Tatia L. Miller
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
Tel:  (212) 909-6000
Fax:  (212) 909-6386

*Of Counsel*
Barbara Olshansky
Gitanjali Gutierrez
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6439
Fax: (212) 614-6499

22102864v1