UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

---------------------------------------------------------------------- x
TALAL AHMED MOHAMMED ALI ALMJRD,           :
    Detainee, Guantánamo Bay Naval Station
    Guantánamo Bay, Cuba,                              :

AHMED MOHAMMED ALI ALMJRD,                  :
    as Next Friend of Talal Ahmed Mohammed Ali
    Almjrd,                                            :
                                                Civil Action No. 05-CV-02444
                           Petitioners,    :    (RMC)

v.                                                  :

GEORGE W. BUSH, *et al.*,                           :

                           Respondents.   :
---------------------------------------------------------------------- x

## MOTION OF JEFFREY I. LANG FOR
## ADMISSION *PRO HAC VICE*

    Pursuant to Rule 83.2(d) of the Local Rules of this Court, Jeffrey I. Lang, by undersigned sponsoring counsel, moves the Court for permission to appear *pro hac vice* in the above-captioned case. In support of the motion, Mr. Lang provides his declaration, attached as Exhibit A.

    Dated: January 3, 2006.

                                                        Respectfully submitted,

                                                        Counsel for Petitioners:

                                                        /s/ Jennifer C. Argabright
                                                        Jennifer C. Argabright (Bar No. 480763)
                                                        John B. Missing (Bar No. 425469)
                                                        DEBEVOISE & PLIMPTON LLP
                                                        555 13th Street, N.W.
                                                        Washington, D.C. 20004-1169
                                                        Tel: (202) 383 8000
                                                        Fax: (202) 383 8118

22103149v1

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
------------------------------------------------------------------ x
TALAL AHMED MOHAMMED ALI ALMJRD, :
    Detainee, Guantánamo Bay Naval Station
    Guantánamo Bay, Cuba, :

AHMED MOHAMMED ALI ALMJRD, :
    as Next Friend of Talal Ahmed Mohammed Ali
    Almjrd, :
                                         Civil Action No. 05-CV-02444
                        *Petitioners*, : (RMC)

v. :

GEORGE W. BUSH, *et al.*, :

                        *Respondents*. :
------------------------------------------------------------------ x

## DECLARATION OF JEFFREY I. LANG

I, JEFFREY I. LANG ("Applicant"), declare as follows:

    1.    <u>Request for Admission</u>: Applicant is counsel in the law firm Debevoise & Plimpton LLP and requests permission to participate in this action as counsel for Petitioners.

    2.    <u>Name and Address of Applicant's Law Firm</u>:
           Debevoise & Plimpton LLP
           919 Third Avenue
           New York, NY 10022
           Tel: 212-909-6000
           Fax: 212-909-6836

    3.    <u>Bar Admission(s)</u>: Applicant is a member of the Bar of the State of New York and is also registered to practice before the United States Court of Appeals for the

22103149v1

Seventh Circuit, United States District Court for the Southern District of New York and United States Tax Court.

4. <u>Certification of Good Standing</u>: Applicant certifies that he has not been disbarred, censured, or disciplined by any court of record or state bar association. There are no pending disciplinary proceedings against Applicant.

5. <u>Previous Appearances in this Court</u>: Applicant has been admitted *pro hac vice* in this Court within the last two years only in connection with the representations of three other detainees at Guantánamo Bay in habeas proceedings.

6. <u>Residence Outside District</u>: Applicant resides and practices law from an office outside this district, is not a member of the District of Columbia Bar, and does not have an application for membership pending.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATED this 3rd day of January 2006.

_____
Jeffrey I. Lang

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
------------------------------------------------------------------ x
**TALAH AHMED MOHAMMED ALI ALMJRD,**
    Detainee, Guantánamo Bay Naval Station
    Guantánamo Bay, Cuba,

**AHMED MOHAMMED ALI ALMJRD,**
    as Next Friend of Talah Ahmed Mohammed Ali
    Almjrd,

                                *Petitioners,*

    Civil Action No. 05-CV-02444
    (RMC)

v.

**GEORGE W. BUSH**, *et al.*,

                                *Respondents.*
------------------------------------------------------------------ x

## [PROPOSED] ORDER

UPON CONSIDERATION of the Certificate of Jeffrey I. Lang made pursuant to Rule 83.2(g) of the Local Rules of this Court and the supporting declaration,

IT IS, this _____ day of January, 2006, ORDERED that the appearance be and hereby is GRANTED.

                                _____
                                The Honorable Rosemary M. Collyer
                                United States District Judge

22103149v1

## CERTIFICATE OF SERVICE

I, Jennifer C. Argabright, certify that I today caused a true and accurate copy of this Motion of Jeffrey I. Lang for Admission *Pro Hac Vice* to be served upon the following persons, by first-class United States mail, in addition to the service that automatically occurs by virtue of my electronic filing of this document:

>The Honorable Alberto Gonzales
>United States Attorney General
>United States Department of Justice
>950 Pennsylvania Avenue, N.W.
>Washington, D.C. 20530-0001
>
>The Honorable Kenneth L. Wainstein
>United States Attorney for the District of Columbia
>555 4th Street, N.W.
>Washington, D.C. 20530
>
>Preeya M. Noronha, Esq.
>U.S. Department of Justice
>20 Massachusetts Ave., NW,
>Room 7226
>Washington, DC 20530

This 3rd day of January, 2006.

             /s/ Jennifer C. Argabright
             Jennifer C. Argabright

22103149v1