UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
---------------------------------------------------------------------- x
TALAL AHMED MOHAMMED ALI ALMJRD,        :
   Detainee, Guantánamo Bay Naval Station
   Guantánamo Bay, Cuba,                :

AHMED MOHAMMED ALI ALMJRD,              :
   as Next Friend of Talal Ahmed Mohammed Ali
   Almjrd,                              :
                                  Civil Action No. 05-CV-02444
                       *Petitioners*,       :  (RMC)

v.                                       :

GEORGE W. BUSH, *et al.*,                :

                         *Respondents*.       :
---------------------------------------------------------------------- x

## MOTION OF JENNIFER R. COWAN FOR
## ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.2(d) of the Local Rules of this Court, Jennifer R. Cowan, by undersigned sponsoring counsel, moves the Court for permission to appear *pro hac vice* in the above-captioned case. In support of the motion, Ms. Cowan provides her declaration, attached as Exhibit A.

Dated: January 4, 2006.

                                      Respectfully submitted,

                                      Counsel for Petitioners:

                                      /s/ Jennifer C. Argabright
                                      Jennifer C. Argabright (Bar No. 480763)
                                      John B. Missing (Bar No. 425469)
                                      DEBEVOISE & PLIMPTON LLP
                                      555 13th Street, N.W.
                                      Washington, D.C. 20004-1169
                                      Tel: (202) 383 8000
                                      Fax: (202) 383 8118

```
UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
------------------------------------------------------------------- x
TALAL AHMED MOHAMMED ALI ALMJRD,                :
    Detainee, Guantánamo Bay Naval Station
    Guantánamo Bay, Cuba,                       :

AHMED MOHAMMED ALI ALMJRD,                      :
    as Next Friend of Talal Ahmed Mohammed Ali
    Almjrd,                                     :
                                                    Civil Action No. 05-CV-02444
                                Petitioners,    :   (RMC)

v.                                              :

GEORGE W. BUSH, et al.,                         :

                                Respondents.    :
------------------------------------------------------------------- x
```

# Exhibit A

**MOTION OF JENNIFER R. COWAN FOR
<u>ADMISSION *PRO HAC VICE*</u>**

UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA
-------------------------------------------------------------------- x
TALAL AHMED MOHAMMED ALI ALMJRD,       :
    Detainee, Guantánamo Bay Naval Station
    Guantánamo Bay, Cuba,                :

AHMED MOHAMMED ALI ALMJRD,             :
    as Next Friend of Talal Ahmed Mohammed Ali
    Almjrd,                              :
                                         Civil Action No. 05-CV-02444
                       Petitioners,     :  (RMC)

v.                                     :

GEORGE W. BUSH, *et al.*,              :

                       *Respondents.*   :
-------------------------------------------------------------------- x

## DECLARATION OF JENNIFER R. COWAN

I, JENNIFER R. COWAN ("Applicant"), declare as follows:

1.   Request for Admission: Applicant is an associate in the law firm Debevoise & Plimpton LLP and requests permission to participate in this action as counsel for Petitioners.

2.   Name and Address of Applicant's Law Firm:
    Debevoise & Plimpton LLP
    919 Third Avenue
    New York, NY 10022
    Tel: 212-909-6000
    Fax: 212-909-6836

3.   Bar Admission(s): Applicant is a member of the Bar of the State of New York and is also registered to practice before the Second Circuit, United States District

Court for the Southern District of New York and United States District Court for the Eastern District of New York.

    4.    <u>Certification of Good Standing</u>: Applicant certifies that she has not been disbarred, censured, or disciplined by any court of record or state bar association. There are no pending disciplinary proceedings against Applicant.

    5.    <u>Previous Appearances in this Court</u>: Applicant has been admitted *pro hac vice* in this Court within the last two years only in connection with the representation of two other detainees at the United States Naval Base at Guantánamo Bay ("Guantánamo") in habeas proceedings. Additionally, Applicant's application for admission *pro hac vice* is pending in connection with two additional proceedings on behalf other detainees at Guantánamo.

    6.    <u>Residence Outside District</u>: Applicant resides and practices law from an office outside this district, is not a member of the District of Columbia Bar, and does not have an application for membership pending.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATED this 4th day of January 2006.

*[signature]*
Jennifer R. Cowan