UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

------------------------------------------------------------------ x

TALAL AHMED MOHAMMED ALI ALMJRD, :
    Detainee, Guantánamo Bay Naval Station
    Guantánamo Bay, Cuba, :

AHMED MOHAMMED ALI ALMJRD, :
    as Next Friend of Talal Ahmed Mohammed Ali
    Almjrd, :
                                                      Civil Action No. 05-CV-02444
                     *Petitioners*, : (RMC)

v. :

GEORGE W. BUSH, *et al.*, :

                   *Respondents.* :

------------------------------------------------------------------ x

## [PROPOSED] ORDER

UPON CONSIDERATION of the Certificate of Jennifer R. Cowan made pursuant to Rule 83.2(g) of the Local Rules of this Court and the supporting declaration,

IT IS, this _____ day of January, 2006, ORDERED that the appearance be and hereby is GRANTED.

                                                          _____
                                                          The Honorable Rosemary M. Collyer
                                                          United States District Judge