## CERTIFICATE OF SERVICE

I, Jennifer C. Argabright, certify that I today caused a true and accurate copy of this Motion of Jennifer R. Cowan for Admission *Pro Hac Vice* to be served upon the following persons, by first-class United States mail, in addition to the service that automatically occurs by virtue of my electronic filing of this document:

> The Honorable Alberto Gonzales
> United States Attorney General
> United States Department of Justice
> 950 Pennsylvania Avenue, N.W.
> Washington, D.C. 20530-0001
>
> The Honorable Kenneth L. Wainstein
> United States Attorney for the District of Columbia
> 555 4th Street, N.W.
> Washington, D.C. 20530
>
> Preeya M. Noronha, Esq.
> U.S. Department of Justice
> 20 Massachusetts Ave., NW,
> Room 7226
> Washington, DC 20530

This 4th day of January, 2006.

                                                /s/ Jennifer C. Argabright
                                                Jennifer C. Argabright