THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

---

TALAL AHMED MOHAMMED ALI ALMJRD,

AHMED MOHAMMED ALI ALMJRD,
    as Next Friend of
    Talal Ahmed Mohammed Ali Almjrd,

    *Petitioners*,

v.

GEORGE W. BUSH, *et al.*,

    *Respondents.*

Civil Action No. 05-cv-2444 (RMC)

---

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

WHEREAS counsel for Respondents have advised counsel for Petitioners that Respondents have not been able to identify Petitioner Talal Ahmed Mohammed Ali Almjrd as a detainee currently detained at the United States Naval Base in Guantánamo Bay, Cuba:

(1) By this notice, Petitioners, by their undersigned counsel, voluntarily dismiss without prejudice this action pursuant to Federal Rule of Civil Procedure 41(a)(1)(i).

(2) Counsel for Respondents have advised counsel for Petitioners that Respondents do not oppose dismissal, but reserve their position as to whether dismissal should be with or without prejudice.

Dated: September 20, 2006

                                            Respectfully submitted,

                                            Counsel for Petitioner

                                            _____/s_____
                                            John B. Missing (Bar No. 425469)

22257607v5

DEBEVOISE & PLIMPTON LLP
555 13th Street, N.W. Ste 1100E
Washington, D.C. 20004-1169
Tel:  (202) 383-8000
Fax:  (202) 383-8118

Jeffrey I. Lang (admitted *pro hac vice*)
Jennifer R. Cowan (admitted *pro hac vice*)
DEBEVOISE & PLIMPTON LLP
919 Third Avenue
New York, NY 10022
Tel:  (212) 909-6000
Fax:  (212) 909-6386

*Of Counsel*
Barbara Olshansky
Gitanjali Gutierrez
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, New York 10012
Tel: (212) 614-6439
Fax: (212) 614-6499

22257607v5