## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____

|  |  |  |
|---|---|---|
| **TALAL AHMED MOHAMMED** | ) | |
| **ALI ALMJRD**, *et al.*, | ) | |
| | ) | |
| Petitioners, | ) | |
| | ) | |
| v. | ) | **Civil Action No. 05-2444 (RMC)** |
| | ) | |
| **GEORGE W. BUSH**, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

_____)

### ORDER

This matter comes before the Court on Petitioner Talal Ahmed Mohammed Ali Almjrd's Notice of Dismissal Without Prejudice [Dkt. # 12]. Counsel for Mr. Almjrd informs the Court that "Respondents have not been able to identify Petitioner [Almjrd] as a detainee currently detained at the United States Naval Based in Guantanamo Bay, Cuba." *Id*. Counsel seeks to voluntarily dismiss the Petition without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(i). Accordingly, it is hereby

**ORDERED** that the January 27, 2006 Order [Dkt. # 8] staying this case is **VACATED** as it relates to Petitioner Almjrd; and it is

**FURTHER ORDERED** that all pending motions are **DENIED** as moot; and it is

**FURTHER ORDERED** that this case is **DISMISSED WITHOUT PREJUDICE** as moot. This is a final appealable order. *See* Fed. R. App. P. 4(a). This case is closed.

**SO ORDERED**.

_____/s/_____
ROSEMARY M. COLLYER
United States District Judge

DATE: January 16, 2008